UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK MARVIN,

                Plaintiff,

-against-

MARY JENNINGS; THELMA LEE; NYS OFFICE OF DISABILITY ASSISTANCE,

                Defendants.

19-CV-11603 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued March 25, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

This judgment is to be mailed in chambers.

SO ORDERED.

Dated:   March 25, 2020
          New York, New York

_____
Louis L. Stanton
U.S.D.J.